JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ROBERT ELLIOTT, | ) Case No. CV 08-1495-MLG |
| Plaintiff, | )<br>)         JUDGMENT |
| v. | )<br>) |
| MICHAEL J. ASTRUE,<br>Commissioner of the<br>Social Security Administration, | )<br>)<br>) |
| Defendant. | )<br>) |

        IT IS ADJUDGED that judgment be entered in favor of Plaintiff and

that the matter be remanded for an award of benefits.


DATED:   December 24, 2008

                                _____
                                MARC L. GOLDMAN
                                United States Magistrate Judge