JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

```
ROBERT ELLIOTT,                    )     Case No. CV 08-1495-MLG
                                   )
              Plaintiff,           )        AMENDED JUDGMENT
                                   )
        v.                         )
                                   )
MICHAEL J. ASTRUE,                 )
Commissioner of the               )
Social Security Administration,    )
                                   )
              Defendant.           )
_____)
```

    **IT IS ADJUDGED** that this action is remanded to Defendant for
further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g)
and consistent with the accompanying Memorandum Opinion and Order.


DATED:  January 5, 2009

                                    _____
                                    MARC L. GOLDMAN
                                    United States Magistrate Judge